STEPHEN J. SIMONI
StephenSimoniLAW@Gmail.com
**SIMONI CONSUMERS
   CLASS ACTION LAW OFFICES**
c/o Jardim, Meisner & Susser, P.C.
30B Vreeland Road, Ste. 201
Florham Park, NJ 07932
Telephone: (917) 621-5795

*Counsel for Plaintiff
     and the Proposed Class*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEW JERSEY

### TRENTON DIVISION

| | |
|---|---|
| STEPHEN SIMONI, Individually and on behalf of all others similarly situated,  :  Plaintiff,  :  vs.  :  ALBERTSONS COMPANIES LLC, ALBERTSONS COMPANIES, INC. XYZ TELEMARKETING COMPANY, and DOES 1 through 10, inclusive,  :  Defendants.  : | 17-cv-12377-WHW-CLW   **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff hereby voluntarily dismisses the above-captioned action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: Feb. 9, 2018

                                  Respectfully submitted,

                                  By: _/s/_Stephen J. Simoni_
                                        STEPHEN J. SIMONI

IT IS SO ORDERED:
    S/ William H. Walls, USDJ
_____
                   U.S.D.J.